```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

MAC S. HUDSON, et al.,
    Plaintiffs,

v.                                    CIVIL ACTION NO.
                                      11-12173-NMG

LUIS SPENCER, et al.,
    Defendants.

REPORT AND RECOMMENDATION RE:
MOTION FOR JUDGMENT BY DEFAULT OR ALTERNATIVELY MOTION TO COMPEL
AN ANSWER TO THE COMPLAINT (DOCKET ENTRY # 38) AND MOTION TO
DISMISS (DOCKET ENTRY # 31)

MEMORANDUM AND ORDER RE:
MOTION TO STAY THE MOTION TO DISMISS UNTIL THE OUTCOME OF THE
MOTION FOR JUDGMENT BY DEFAULT OR ALTERNATIVELY MOTION TO COMPEL
AN ANSWER TO THE COMPLAINT
(DOCKET ENTRY # 39)

July 31, 2013

BOWLER, U.S.M.J.

   Pending before this court are: (1) a motion to dismiss

(Docket Entry # 31); (2) a motion for judgment by default or

alternatively a motion to compel an answer to the complaint

(Docket Entry # 38); and (3) a motion to stay the motion to

dismiss until the outcome of the motion for judgment by default

or alternatively a motion to compel an answer to the complaint

(Docket Entry # 39).

                    PROCEDURAL BACKGROUND

   On December 8, 2011, plaintiffs Mac Hudson ("plaintiff

Hudson"), Faradan Salahuddin, Edgar Rock ("plaintiff Rock"),

*After consideration of Plaintiff's objection thereto (Docket No. 46), Report and Recommendation is accepted and adopted.*

*NMGorton, USDJ 9/17/13*